AO 91 (Rev. 02/09)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Western District of Texas

FILED
MAR 23 2012
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY _____
DEPUTY CLERK

| United States of America | ) |
|---|---|
| v. | ) |
| Mario Alberto IGLESIAS-Villegas a.k.a.: "Delta" and "El Dos" | ) ) ) |
| *Defendant* | ) |

Case No. EP:12-M-01452-DCG

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date of  05/07/2010  in the county of  El Paso  in the Western  District of Texas, the defendant violated 18 USC  U. S. C. § 956  an offense described as follows:

Conspired to kill, kidnap, maim, or injure persons or damage property in a foreign country

This criminal complaint is based on these facts:
See "Attachment A"

☑ Continued on the attached sheet.

_____
*Complainant's signature*

DEA SA Juan Briano
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 3/23/12

_____
*Judge's signature*

City and state:  El Paso, Texas           U.S Magistrate Judge David Guaderrama
*Printed name and title*



I, Juan Briano, Affiant, a Special Agent (SA) with the Drug Enforcement Administration (DEA), being duly sworn, state as follows:

## I. INTRODUCTION

1. I am an "investigative or law enforcement officer of the United States" within the meaning of 18 U.S.C. § 2510(7) that is, an officer of the United States who is empowered by law to conduct investigations of and to make arrests for offenses enumerated in 21 U.S.C. §§ 841 and 846.

2. As an agent with the DEA, I attended 16 weeks of training at the DEA Academy in Quantico, Virginia, where I became familiar with how controlled substances are consumed, manufactured, packaged, marketed, and distributed. I have been a DEA Special Agent since November 2005. Prior to that, I was employed as a State Trooper and a Sergeant Investigator for the Texas Department of Public Safety (TDPS) for approximately six years. During the last three years at TDPS, I was assigned to a narcotic investigation unit. I am currently assigned to investigate illicit drug trafficking organizations operating in and around El Paso, Texas.

3. As a SA of the DEA, and in my prior law enforcement experience, I have participated in several narcotic investigations of alleged criminal violations of the Controlled Substances Act laws. In conducting my official duties, I have authored several affidavits in support of search warrants, several affidavits in support of criminal complaints, an affidavit for a renewal of a court authorized wire interception and several case summaries to support an indictment. I have participated in investigations involving the purchase of controlled substances from suspected narcotics' traffickers using both undercover officers and confidential sources. I have participated in the execution of search warrants for narcotics trafficking. I have conducted surveillance in connection with narcotics' investigations. Through the course of these

investigations, I have personally interviewed confidential sources and persons arrested for the distribution of illegal narcotics. I have also spoken with more experienced narcotics investigators with whom I work concerning the practices of narcotics traffickers and the best methods to use in the investigations of narcotics' trafficking organizations. My training and experience as a Special Agent, my participation in the investigation of narcotics trafficking organizations, my conversations with known narcotic traffickers, my conversations with other Special Agents familiar with narcotics trafficking and money laundering, form the basis of my opinions and conclusions set forth below which I drew from the facts set forth herein.

## II.   PROBABLE CAUSE

4. During the course of this investigation I and other investigators have interviewed co-conspirators who have been arrested pursuant to Federal Drug Charges in the Western District of Texas and based on those interviews I have corroborated the information that has been relayed to me by other investigators and these defendants and/or witnesses.

5. On May 7, 2010, Mario Alberto IGLESIAS-Villegas assisted and co-conspired with others, including Gonzalo Delgado-Chavez, to abduct three individuals, one of whom was a United States Citizen, in the Republic of Mexico. The victims who were abducted and subsequently murdered were RMV, JMV, and GMA. The bodies of the victims were later found on May 10, 2010, in Ciudad Juarez, Chihuahua, Mexico.

6. DEA Agents have interviewed Cooperating Defendant-1 (hereafter referred to as CD-1), who is a member of the Sinaloa Cartel. During his tenure as a Sinaloa Cartel member, CD-1 was in charge of a "hit team" operating in Ciudad Juarez, Chihuahua, Mexico. DEA agents know that CD-1 answered directly to Jose Antonio TORRES-Marrufo and carried out the kidnappings and murders under the direction of TORRES-Marrufo, on May 7, 2010. During the

interview of CD-1, DEA agents learned that CD-1 was one of five co-conspirators responsible for the planning the abduction and subsequent murder of the aforementioned victims.  According to the statements made by CD-1, agents know that (1) TORRES-Marrufo ordered the kidnapping and murder of the victims in May 2010; (2) that the victims were kidnapped at a wedding in Ciudad Juarez, Chihuahua, Mexico; (3) that the victims were subsequently interrogated by TORRES-Marrufo; (4) that the final order to kill the victims was given by TORRES-Marrufo. Furthermore, CD-1 explains that he was to meet an individual at a bridge on the day of the abduction (May 7, 2010). DEA agents know that this individual was entering the Republic of Mexico from the United States to meet with CD-1.  CD-1 explains that the individual he was to meet was going to be the person to point out the victims.

7.      Furthermore, CD-1 identified Mario Alberto IGLESIAS-Villegas, a.k.a. "DELTA"; "LA PARKA"; "DOS" (*two*); and "EL 2" (*the two*), as the relative of Jose Antonio TORRES-Marrufo, and who worked for TORRES-Marrufo as an assassin.  CD-1 advised that on the day of the wedding murders, May 7, 2010, CD-1 coordinated with Mario Alberto IGLESIAS-Villegas and other individuals to kidnap and murder the victims.   CD-1 stated that four vehicles were utilized to carry out the kidnaping of the victims which occurred at a church in Ciudad Juarez, Chihuahua, Mexico.  CD-1 stated that IGLESIAS-Villegas was driving a blue Jeep Liberty along with three other unidentified assassins.  According to CD-1, IGLESIAS-Villegas and his group positioned themselves to one side of the church.  One of the kidnapped victims, which CD-1 described as wearing western (cowboy) attire, was placed in the Jeep Liberty, being driven by IGLESIAS-Villegas.

8.      Agents have also learned through the interview of Cooperating Defendant-2, hereafter referred to as (CD-2), who also was a co-conspirator in planning the abduction and

subsequent murder of the victims, that DELGADO-Chavez had pointed out the victims to kidnappers operating under the instructions of TORRES-Marrufo. CD-2 states that CD-2 was with Irving ENRIQUEZ, a co-conspirator in the abduction and subsequent murder of the victims, at a meeting in El Paso, Texas, when ENRIQUEZ asked DELGADO-Chavez to identify the victims at the wedding. DELGADO-Chavez agreed to identify the victims at the wedding in Ciudad Juarez, Chihuahua, Mexico, to Sinaloa assassins for $1,000.00, to be paid by ENRIQUEZ. CD-2 was also present when ENRIQUEZ had telephone conversations with TORRES-Marrufo about the abduction of the victims at the wedding in Ciudad Juarez, Chihuahua, Mexico prior to the event. CD-2 learned through these conversations that the victims were affiliated with the Juarez Cartel, which was at war with the Sinaloa Cartel.

9. CD-2 stated that, on May 7, 2010, CD-2 was instructed by ENRIQUEZ to pick up DELGADO-Chavez in El Paso, Texas and take DELGADO-Chavez to the "Santa Fe Bridge" located in El Paso, Texas, so that DELGADO-Chavez could enter the Republic of Mexico.

10. CD-2 later learned through DELGADO-Chavez that DELGADO-Chavez had met with the leader of the assassin squad who carried out the abduction and murders of the victims. DELGADO-Chavez told CD-2 that he witnessed the abduction at the wedding and was later taken to a port of entry to cross back into the United States. DEA agents know through a border crossing query that DELGADO-Chavez entered the United States through the Paso Del Norte Bridge located in El Paso, Texas, on May 7, 2010, at approximately 7:07 p.m. CD-2 was instructed to pick up DELGADO-Chavez at the port of entry on that date.

11. DEA agents know that in May 2010, IGLESIAS-Villegas met co-conspirators to assist with the abduction and murder of three victims, to wit, RMV, JMV and GMA, in a foreign country to wit, the Republic of Mexico. IGLESIAS-Villegas knew the unlawful purpose of the

agreement and joined it willingly, and that least one overt act in furtherance of the conspiracy was committed by a co-conspirator in the United States.